# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America<br>v.<br>ALDER ALFONSO MARIN SOTELO<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:23-mj-32 |


FILED
May 01 2023
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 30, 2023__ in the city/county of __Prince Edward__ in the __Eastern__ District of __Virginia,__ the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 751(a) | Escape from Custody |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA
__Michael C. Moore, Assistant U.S. Attorney__
*Printed name and title*

__Andrew Earl, Special Agent__
*Complainant's signature*

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__telephone__ (specify reliable electronic means).

Date: __May 1, 2023__

/s/ MRC
*Judge's signature*

City and state: __Richmond, VA__    __Mark R. Colombell, U.S. Magistrate Judge__
*Printed name and title*