

FILED
May 01 2023
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT AND ARREST WARRANT

I, Andrew Earl ("affiant"), being duly sworn, hereby depose and state as follows:

1.  I am an investigative or law enforcement officer of the United States, as a Special Agent (SA) of the Federal Bureau of Investigation (FBI). I am empowered to conduct investigations of and to make arrests for federal offences, *see* Title 18 United States Code Section 3052. I have been employed by the FBI since September of 2012, and have been assigned to the Charlotte Division for approximately two years and seven months. I have been charged with the investigation of federal crimes involving drug trafficking, Hobbs Act commercial institution robberies, weapons violations, kidnapping, fugitive, and other general criminal offences in the Eastern District of North Carolina.  I was previously assigned to the Counterterrorism Division Fly Team for approximately three years and three months. During that period I was charged with the investigation of extraterritorial international terrorism and national security matters. I was previously assigned to the Cleveland Division for approximately five years and five months. During that period I was charged with the investigation of bank robberies, Hobbs Act commercial institution robberies, weapons violations, kidnapping, human trafficking, fugitive, extortion, drug, and other general criminal offences in the Northern District of Ohio. Prior to joining the FBI, January 2010 to September 2012, I was appointed as a Police Officer for the City of Raleigh, North Carolina. While holding that position, I was charged with the investigation of violent crimes, drugs violations, weapons violations, and other general criminal offences under North Carolina state law.

2.  Since this affidavit is being submitted for the limited purpose of supporting the application for a Complaint and Arrest Warrant in this matter, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish the probable cause for the issuance of the arrest warrant(s) sought.

3.  I hereby make the following affidavit in support of a complaint and arrest warrant charging Alder Alfonso MARIN SOTELO, with violation of Title 18, United States Code, Section 751(a), escape from the custody of the Attorney General of the United States. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4.  On August 16, 2022, a criminal complaint was applied for and granted in the United States District Court for the Middle District of North Carolina charging that MARIN did knowingly and intentionally possess a firearm while illegally or unlawfully residing in the United States, in violation of 18 U.S.C., section 922(g)(5)(A). On August 24, 2022, a magistrate judge in that Court entered an order detaining MARIN in the custody of the Attorney General pending resolution of the matter.

5. On August 29, 2022, MARIN was indicted in the United States District Court for the Middle District of North Carolina for violations of Title 18, U.S.C., Sections 922(g)(5)(A) and 924(a)(2) under docket number 22-cr-261..

6. On December 9, 2022, MARIN pled guilty in the Middle District of North Carolina to illegal alien in possession of a firearm. The United States Marshal's Service had MARIN in custody pending sentencing pursuant to the order referenced in paragraph 4 at the Piedmont Regional Jail, located in Farmville, Virginia. Farmville is in Prince Edward County, which is within the Eastern District of Virginia. The Piedmont Regional Jail has a contract with the United States Marshal's Service to house federal prisoners detained on pending charges. MARIN was housed in the Piedmont Regional jail pursuant to the detention order referenced above.

7. On April 30, 2023, at approximately 1:40 am, MARIN is seen on video surveillance cameras at the Piedmont Regional Jail climbing over the fence and escaping. On May 1, 2023, Piedmont Regional Jail confirmed that MARIN was no longer present at the facility and that he had not been released by the facility.

8. Based upon the foregoing evidence, I believe there is probable cause to believe that the defendant, Alder Alfonso MARIN SOTELO has violated Title 18, United States Code, Section 751 (a).

Andrew Earl
Special Agent
Federal Bureau of Investigation


Sworn and subscribed before me on May _____, 2023, telephonically pursuant to Federal Rule of Criminal Procedure 4.1.


/s/ MRC
Mark R. Colombell
United States Magistrate Judge


2